49 So.2d 170

**Hugh M. MARKS v. Charles L. MARKS.**

6 Div. 960.

Supreme Court of Alabama.

Oct. 26, 1950.

Rehearing Denied Dec. 14, 1950.

Wm. S. Pritchard, Victor H. Smith and Pritchard & McCall, all of Birmingham, for appellant.

Lange, Simpson, Robinson & Somerville and Jas. A. Simpson and Ormond Somerville, all of Birmingham, for appellee.

LIVINGSTON, Justice.

The law and the facts of this case being the same as those presented in the cases of Hugh M. Marks v. John Scott Marks and Hugh M. Marks v. Sam B. Marks, they have been consolidated. The decree of the lower court is therefore affirmed on authority of Marks v. Marks, ante, p. 612, 49 So. 2d 166.

Affirmed.

All the Justices concur, except GARDNER, C. J., and LAWSON, J., not sitting.

---

49 So.2d 170

**Hugh M. MARKS v. Sam B. MARKS.**

6 Div. 961.

Supreme Court of Alabama.

Oct. 26, 1950.

Rehearing Denied Dec. 14, 1950.

Wm. S. Pritchard, Victor H. Smith and Pritchard & McCall, all of Birmingham, for appellant.

Lange, Simpson, Robinson & Somerville and Jas. A. Simpson and Ormond Somerville, all of Birmingham, for appellee.

LIVINGSTON, Justice.

The law and the facts of this case being the same as those presented in the cases of Hugh M. Marks v. John Scott Marks and Hugh M. Marks v. Charles L. Marks, they have been consolidated. The decree of the lower court is therefore affirmed on authority of Marks v. Marks, ante, p. 612, 49 So.2d 166.

Affirmed.

All the Justices concur, except GARDNER, C. J., and LAWSON, J., not sitting.